# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CITY OF SEATTLE,

    Plaintiff,

v.

PURDUE PHARMA L.P., et al.,

    Defendants.

C17-1577 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion to stay and for relief from deadlines, docket no. 22, brought by certain defendants is GRANTED in part and DENIED in part, as follows:

    (a) The deadline for any responsive pleading or motion is EXTENDED from January 29, 2018, to March 16, 2018.

    (b) Plaintiff's motion to remand, docket no. 11, is RENOTED to February 2, 2018, and will be decided, if appropriate, after the United States Judicial Panel on Multidistrict Litigation ("MDL") issues a ruling on plaintiff's opposition to the conditional transfer order in MDL No. 2804, which is currently set for hearing without oral argument on January 25, 2018.

    (c) The request for a stay is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of December, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1